LIBERTY/UA, INC. v. TAPE CORP.

No. 48.

Case below: 11 N.C. App. 20.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971. Motion of plaintiff to dismiss appeal of defendants allowed 10 June 1971.

MORRIS v. PERKINS

No. 64 PC.

Case below: 11 N.C. App. 152.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.

NYE v. DEVELOPMENT CO.

No. 53 PC.

Case below: 10 N.C. App. 676.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.

PENNY v. R. R. CO.

No. 48 PC.

Case below: 10 N.C. App. 659.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.